FINANCE SERVICE, INCORPORATED, Appellant, v. SEARS ROEBUCK & COMPANY, Respondent.

(249 N. W. 563.)

(File No. 7565. Opinion filed July 18, 1933.)

*T. R. Johnson*, of Sioux Falls, for Appellant.

*Bailey & Voorhees* and *H. L. Fuller,* all of Sioux Falls, for Respondents.

PER CURIAM. The trial court entered judgment in favor of the defendant, which judgment was based upon findings of fact and conclusions of law. The plaintiff has appealed. We are of the opinion that this case is controlled by the decisions of this court

in the cases of Hollenbeck v. Louden, 35 S. D. 320, 152 N. W. 116, and First National Bank of Yankton v. Magner, 47 S. D. 80, 195 N. W. 1020.

The judgment and order appealed from are affirmed.

All the Judges concur.